IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02158-ZLW-KMT

MARK SCHWARTZ and
SUSAN SCHWARTZ,

    Plaintiffs,

v.

TRICAM INDUSTRIES, INC., a Minnesota corporation, and
RMM CORPORATION, a Minnesota corporation d/b/a Tricam International,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), it is

ORDERED that this case and cause of action is dismissed without prejudice, each party to pay their own attorney's fees and costs.

DATED at Denver, Colorado, this  29  day of    October    , 2008.

BY THE COURT:

s/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court